THE STATE EX REL. BOSEMAN, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State ex rel. Boseman v. Indus. Comm.* (1998), 82 Ohio St.3d 174.]

(No. 95–2182—Submitted May 12, 1998—Decided June 17, 1998.)

---

*Kondritzer, Gold, Frank & Crowley Co., L.P.A.,* and *Mark R. Naegel,* for appellee.

*Betty D. Montgomery,* Attorney General, and *William D. Haders,* Assistant Attorney General, for appellants.

The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.